UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CHRISTOPHER HAGGERTY,

       Plaintiff,

Case No. 1:25-cv-1351

v.

Honorable Ray Kent

UNKNOWN WAKEFIELD,

       Defendant.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   November 13, 2025            /s/ Ray Kent
                                                                    Ray Kent
                                                                    United States Magistrate Judge